1 | BENJAMIN B. WAGNER
2 | United States Attorney
  | LUCILLE GONZALES MEIS
3 | Regional Chief Counsel, Region IX
  | Social Security Administration
4 | DANIEL P. TALBERT
5 | Special Assistant United States Attorney
  |     333 Market Street, Suite 1500
6 |     San Francisco, California 94105
7 |     Telephone:  (415) 977-8926
  |     Facsimile:  (415) 744-0134
8 |     E-Mail: Daniel.Talbert@ssa.gov
9 | Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| OLIVIA AYALA, | ) | Case No. 1:09-CV-01910-JLT |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER FOR |
| MICHAEL J. ASTRUE, | ) | REMAND PURSUANT TO SENTENCE FOUR OF |
| Commissioner of Social Security, | ) | 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY |
| Defendant. | ) | OF JUDGMENT IN FAVOR OF PLAINTIFF AND |
| | ) | AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will assign this case to a new administrative law judge (ALJ), and will instruct the ALJ to take the following action:

The ALJ will be directed to offer Plaintiff a new hearing and the opportunity to present new evidence. The ALJ will address consultative examiner Dr. Casner's opinion and explain the weight that the ALJ gives to Dr. Casner's opinion. The ALJ will explain the weight that the ALJ gives to State agency physician Dr. Bianchi's opinion; will clarify Plaintiff's mental impairment; will reconsider Plaintiff's residual functional capacity; and will address the lay witness statements of Monica Fernandez.

1

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 31, 2010 | *s/ Laura Krank* <br> (As authorized by email) <br> LAURA KRANK <br> Attorney for Plaintiff |
| Date: April 6, 2010 | BENJAMIN B. WAGNER <br> United States Attorney |
|  | By *s/ Daniel P. Talbert* <br> DANIEL P. TALBERT <br> Special Assistant U. S. Attorney |
|  | Attorneys for Defendant |

### ORDER

The Court GRANTS the stipulation to remand and the action is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). In so ordering, the COURT makes no comment upon the substantive areas outlined by the parties as the stipulated scope of the review by the Administrative Law Judge upon remand.

The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **April 7, 2010**                                   **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE