UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA AYALA,<br><br>          Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | 1:09-cv-01910-JLT<br><br>ORDER GRANTING STIPULATION FOR AWARD OF EAJA FEES PURSUANT TO 28 U.S.C. § 2412(d)<br>(Doc. 19) |

The parties, by and through their respective counsel, have filed a stipulation for an award of $ 1,200.00 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Doc. 19). The parties further stipulate that this amount constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Accordingly, it IS ORDERED that:

    1    Plaintiff's counsel, as Plaintiff's assignee, is awarded $1,200.00 in attorney's fees pursuant to the EAJA, 28 U.S.C. § 2412(d);

    2.    The award of said EAJA fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action;

3. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel; and

4. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney's fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

IT IS SO ORDERED.

Dated:  **June 4, 2010**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE